IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**BRIAN CONNELY, SR., ET AL.**                                          **PLAINTIFFS**

**VS.**                                        **CIVIL ACTION NO. 1:11CV293HSO-JMR**

**CITY OF PASCAGOULA, ET AL.**                                          **DEFENDANTS**

### FINAL JUDGMENT

This matter having come on to be heard on Defendants' Motion to Dismiss [53] filed March 12, 2013.  The Court, after a review and consideration of Defendants' Motion, the pleadings on file, and the relevant legal authorities, finds that in accord with its Order entered herewith,

**IT IS, ORDERED AND ADJUDGED** that Plaintiffs' Amended Complaint, is **DISMISSED WITHOUT PREJUDICE**, pursuant to FED. R. CIV. P. 41(b).

**SO ORDERED AND ADJUDGED**, this the 20th day of May, 2013.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE